## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| THE PROCTOR & GAMBLE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-191- JJF |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff The Proctor & Gamble Company ( "P&G"), and Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), stipulate and agree that the deadline for Teva to answer, move, or otherwise respond to the complaint filed by P&G on April 4, 2008, has been extended by 30 days, to and including June 11, 2008.

RICHARDS, LAYTON & FINGER

*/s/ Steven J, Fineman*
_____
Frederick L. Cottrell (No. 2555)
Steven J. Fineman (No. 4025)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0391
Telephone: (302) 651-7700
fineman@rlf.com
*Attorneys for The Procter & Gamble Company*

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____
Josy W. Ingersoll (No. 1088)
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0551
Telephone: (302) 571-6600
kpascale@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc.*

SO ORDERED this _____ day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 9, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire [cottrell@rlf.com]
> Steven J. Fineman, Esquire [fineman@rlf.com]
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> Wilmington, DE  19801
> Telephone:  (302) 651-7700

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-mail*

> William F. Lee [william.lee@wilmerhale.com]
> Vinita Ferrera [vinita.ferrera@wilmerhale.com]
> David B. Bassett [david.bassett@wilmerhale.com]
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 60 State Street
> Boston, MA  02109
> Telephone:  (617) 526-6000

> YOUNG CONAWAY STARGATT & TAYLOR LLP
>
> */s/ Karen L. Pascale*
> _____
> Karen L. Pascale (No. 2903) [kpascale@ycst.com]
> The Brandywine Building
> 1000 West St., 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Phone:  302-571-6600
>  *Attorneys for Defendant,*
>  *Teva Pharmaceuticals USA, Inc.*

May 9, 2008