AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following  X  Patents or  ☐ Trademarks:

| DOCKET NO.<br>08cv191 | DATE FILED<br>4/4/2008 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>The Procter & Gamble Company | | DEFENDANT<br>Teva Pharmaceuticals USA, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,583,122 | 12/10/1996 | The Procter & Gamble Company |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Order of Final Judgment |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Nicole M. Selmyer* | DATE<br>5/27/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>          Plaintiff,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)  Civ. Action No. 08-191-JJF<br>)<br>)<br>)<br>)<br>) |

**ORDER OF FINAL JUDGMENT**

This parties having jointly moved the Court to enter final judgment as set forth in their Revised Joint Motion for Entry of Judgment filed May 22, 2008;

NOW THEREFORE, IT IS ORDERED AND ADJUDGED for the reasons set forth in this Court's Opinion dated February 28, 2008, in Civil Action No. 04-CV-940 (JJF), that Final Judgment is entered in favor of the Plaintiff, The Procter & Gamble Company ("Procter & Gamble"), and against the Defendant, Teva Pharmaceuticals USA, Inc. ("Teva USA"), on Procter & Gamble's claims that Teva USA has infringed Claims 4, 16 and 23 of U.S. Patent 5,583,122 ("the '122 patent");

AND IT IS FURTHER ORDERED AND ADJUDGED that Claims 4, 16, and 23 of the '122 patent are valid and enforceable;

AND IT IS FURTHER ORDERED that, pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date for any approval of Teva USA's Abbreviated New Drug Application No. 90-234 shall be modified to a date which is not earlier than the date of expiration of the '122 patent, including any extension of the term of that patent;

AND IT IS FURTHER ORDERED that, pursuant to 35 U.S.C. § 271(e)(4)(B), Teva USA, its successors-in-interest, officers, agents, servants, attorneys and employees, and those persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from commercially making, using, offering to sell, or selling within the United States or importing into the United States any products that infringe the '122 patent, including the 35 mg risedronate sodium tablets with calcium carbonate tablets for treatment or prevention of osteoporosis that are the subject of Abbreviated New Drug Application No. 90-234, until the expiration of the '122 patent (December 13, 2013), including any extension of the term of that patent.

DATED this 23 day of May, 2008.

United States District Judge