IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 08-191 (JJF) |

NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Defendant, Teva Pharmaceuticals USA, Inc., hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on May 27, 2008.

May 28, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Karen L. Pascale*

Josy W. Ingersoll (No. 1088)
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
Peter L. Giunta
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

DB02:6845655.1                                                                                                                 058956.1021

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on May 28, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire [cottrell@rlf.com]
>RICHARDS, LAYTON & FINGER, P.A.
>One Rodney Square
>Wilmington, DE  19801
>Telephone:  (302) 651-7700

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>***By E-mail***
>
>William F. Lee [william.lee@wilmerhale.com]
>Vinita Ferrera [vinita.ferrera@wilmerhale.com]
>David B. Bassett [david.bassett@wilmerhale.com]
>WILMER CUTLER PICKERING HALE AND DORR LLP
>60 State Street
>Boston, MA  02109
>Telephone:  (617) 526-6000

>YOUNG CONAWAY STARGATT & TAYLOR LLP
>
>*/s/ Karen L. Pascale*
>_____
>Karen L. Pascale (No. 2903) [kpascale@ycst.com]
>The Brandywine Building
>1000 West St., 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Phone:  302-571-6600
>   *Attorneys for Defendant,*
>   *Teva Pharmaceuticals USA, Inc.*

May 28, 2008